## Commonwealth *v.* Finnie, Appellant.

Submitted May 26, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

630

*Albert Finnie*, appellant, in propria persona.

Jerome T. *Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 27, 1969:
Order affirmed.